United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

THOMAS CORREA,

    Plaintiff,

v.

THE CITY OF SAN JOSE,

    Defendant.

Case No. 5:12-cv-05436-HRL

**FURTHER PRETRIAL ORDER**

The court previously set the jury trial to begin on April 11, 2016, but left open the length of trial and the allocation of hours per side, pending resolution of defendant's remaining motions in limine. Those motions having been resolved, the court sets the jury trial to run from **April 11-15 and 18-22, 2016**. As discussed at the December 10, 2015 Final Pretrial Conference, trial will run from 8:30 a.m. to 1:30 p.m. each day, with no break for lunch. Each side will have 20 hours for the presentation of their respective cases, including the cross-examination of opposing witnesses.[1] The court will also give each side an additional hour for their respective closing

---

[1] Despite this court's Standing Order re Pretrial Preparation, and several admonitions to comply with that order, the parties have not provided an estimate of the number of hours they believe they need for trial.

1  arguments.

2      SO ORDERED.

3  Dated:  March 23, 2016

5  _____
HOWARD R. LLOYD
United States Magistrate Judge

5:12-cv-05436-HRL Notice has been electronically mailed to:

Ardell Johnson     CAO.Main@sanjoseca.gov, leslie.donahue@sanjoseca.gov

Nkia Desiree Richardson     cao.main@sanjoseca.gov

Thomas Kevin Bourke     TallTom2@aol.com, legalassistant@bourkelaw.com, mazizi@bourkelaw.com