1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

| | |
|---|---|
| 12 THOMAS CORREA, | Case No. <u>5:12-cv-05436-HRL</u> |
| 13    Plaintiff, | |
| 14    v. | **VERDICT** |
| 15 THE CITY OF SAN JOSE, | |
| 16    Defendant. | |

17    We, the jury in this action, find by preponderance of the evidence and by unanimous vote

18 the following verdict:

19    1.  Did plaintiff prove that his speech about time card fraud was made in his capacity as a

20       private citizen rather than pursuant to his official duties or assigned job tasks?

21       Yes    _____

22       No     ☒

23    *If you answered "Yes," then continue to the next question.  If you answered "No,"*

24 *then stop.  You are finished.  Answer no further questions and have your Presiding Juror*

25 *sign and date the verdict form and advise the Court Security Officer that you have reached a*

26 *verdict.*

27
28

United States District Court
Northern District of California

2. Did plaintiff prove that he suffered an adverse employment action after his speech?

Yes    _____

No    _____

*If you answered "Yes," then continue to the next question.  If you answered "No," then stop.  You are finished.  Answer no further questions and have your Presiding Juror sign and date the verdict form and advise the Court Security Officer that you have reached a verdict.*

3. Did plaintiff prove that the adverse employment action was substantially motivated by his speech?

Yes    _____

No    _____

*If you answered "Yes," then continue to the next question.  If you answered "No," then stop.  You are finished.  Answer no further questions and have your Presiding Juror sign and date the verdict form and advise the Court Security Officer that you have reached a verdict.*

4. Did defendant prove that, in making any adverse employment action, it had legitimate administrative interests and concerns that outweighed plaintiff's free speech rights?

Yes    _____

No    _____

*If you answered "Yes," then stop.  You are finished.  Answer no further questions and have your Presiding Juror sign and date the verdict form and advise the Court Security Officer that you have reached a verdict.  If you answered "No," then continue to the next question.*

5. Did the defendant prove that the police department would have taken the same adverse employment action even if plaintiff had not spoken about time card fraud?

Yes    _____

No    _____

*If you answered "Yes," then stop.  You are finished.  Answer no further questions*

*and have your Presiding Juror sign and date the verdict form and advise the Court Security Officer that you have reached a verdict. If you answered "No," then continue to the next question.*

6. Did the plaintiff prove that individual members of the police department who were responsible for retaliation against plaintiff were either (a) acting pursuant to an expressly adopted official policy of the San Jose Police Department, or (b) following a longstanding practice or custom of the Department?

   Yes          _____

   No           _____

7. Did the plaintiff prove that the acts of Police Chief Moore, who was the final policymaker in the Department, are so closely related to the deprivation of the plaintiff's rights as to be the moving force that caused the ultimate injury?

   Yes          _____

   No           _____

8. Did the plaintiff prove that Police Chief Moore, as the final policymaker in the Department, ratified the actions of the officers who were responsible for the retaliation against plaintiff for exercising his free speech rights?

   Yes          _____

   No           _____

*If you answered "No" to questions 6 __and__ 7 __and__ 8, stop here. Answer no further questions. You are finished. Have your Presiding Juror sign and date the verdict form and advise the Court Security Officer that you have reached a verdict. If you answered "Yes" to at least one of them (6 or 7 or 8), then go on to the next question.*

9. What damages did plaintiff prove he sustained because of his speech in opposition to time card fraud?

   a. Mental and emotional pain and distress:  $_____

   b. Reasonable value of lost retirement benefits, wages, and earning capacity:  $_____

   TOTAL:  $_____

1

*(If, but only if, your total damages award was zero:   You should nevertheless award*

2

*nominal damages in an amount not to exceed $1.00.   $_____.)*

3

Dated:   4/21/16

4

5

Justin Allegri.

6

Presiding Juror

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California