United States District Court
Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THOMAS CORREA,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CITY OF SAN JOSE,<br><br>    Defendant. | Case No.  5:12-cv-05436-HRL<br><br>**JUDGMENT** |
|---|---|

This action was tried before a jury, the undersigned magistrate judge presiding.  On April 21, 2016, the jury returned a verdict in favor of defendant and against plaintiff as to his sole remaining claim for relief.  Accordingly, IT IS ORDERED, ADJUDGED, AND DECREED THAT judgment be entered in favor of defendant and against plaintiff, and that plaintiff shall have and recover nothing from defendant.

SO ORDERED.

Dated:  April 21, 2016

HOWARD R. LLOYD
United States Magistrate Judge

5:12-cv-05436-HRL Notice has been electronically mailed to:

Ardell Johnson     CAO.Main@sanjoseca.gov, leslie.donahue@sanjoseca.gov

Nkia Desiree Richardson     cao.main@sanjoseca.gov

Thomas Kevin Bourke     TallTom2@aol.com, legalassistant@bourkelaw.com, mazizi@bourkelaw.com