AO 133    (Rev. 06/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Northern District of California

|  |  |
|---|---|
| Thomas Correa | ) |
| v. | ) Case No.:  5:12-cv-05436-HRL |
| City of San Jose, et al. | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____4/21/2016_____ against _____Plaintiff_____ ,
                                                                                    *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................ | $            0.00 |
| Fees for service of summons and subpoena................................................ | 44.07 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 9,306.22 |
| Fees and disbursements for printing ......................................................... | 0.00 |
| Fees for witnesses *(itemize on page two)* ........................................... | 1,932.20 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12.28 |
| Docket fees under 28 U.S.C. 1923......................................................... | 0.00 |
| Costs as shown on Mandate of Court of Appeals ............................................ | 0.00 |
| Compensation of court-appointed experts ................................................. | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828.......... | 0.00 |
| Other costs *(please itemize)* .......................................................... | 13.50 |
| TOTAL   $ | 11,308.27 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒   Electronic service                 ☐   First class mail, postage prepaid

☐   Other:

s/ Attorney:   _____Ardell Johnson_____

Name of Attorney:   Ardell Johnson, Chief Deputy City Attorney

For:           City of San Jose                                        Date: 4-25-2016
           *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

|  |  |  |
|---|---|---|
| *Clerk of Court* | *Deputy Clerk* | *Date* |

AO 133    (Rev. 06/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | *Total Cost Each Witness* |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Mr. Stephen L D'Arcy (Testimony at deposition) | | | 1 | $900.00 | | | $900.00 |
| Mr. Christopher Moore (Witness travel expense) | | | | | | $1,032.2 | $1,032.20 |
| | | | | | TOTAL | | $1,932.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

CORREA v. CITY OF SAN JOSE, et al.
Case No. 5:12-cv-05436-HRL

ATTACHMENTS TO BILL OF COSTS

**FEES FOR SUMMONS AND SUBPOENA**

**EXHIBIT A**

| | |
|---|---|
| Quest Discovery Services 08/06/2013 | $44.07 |
| **Sub-Total** | **$44.07** |

**FEES FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS NECESSARILY OBTAINED FOR USE IN THE CASE**

**EXHIBIT B**

| | |
|---|---|
| Salois & Associates Cert. Shorthand Reporters | $907.35 |
| US Legal Support – SF | $817.30 |
| Network Deposition Services, Inc. | $509.10 |
| Network Deposition Services, Inc. | $765.30 |
| Network Deposition Services, Inc. | $213.90 |
| Network Deposition Services, Inc. | $346.00 |
| Network Deposition Services, Inc. | $404.80 |
| Network Deposition Services, Inc. | $1,017.50 |
| Network Deposition Services, Inc. | $423.60 |
| Network Deposition Services, Inc. | $367.30 |
| Network Deposition Services, Inc. | $553.70 |
| Network Deposition Services, Inc. | $594.45 |
| Bell & Myers, CSR, Inc. | $593.75 |
| Kelly Polvi, CSR, RMR, FCRR (1/2 cost of $266.75) | $133.38 |
| Atkinson-Baker, Inc. | $1,658.79 |
| **Sub-Total** | **$9,306.22** |

CORREA v. CITY OF SAN JOSE, et al.
Case No. 5:12-cv-05436-HRL

**FEES FOR WITNESSES**

**EXHIBIT C**

Stephen L. D'Arcy (Plaintiff's Expert Witness)
Testimony at Depo. – 3 hours @ $300 per hour          $900.00

Airfare for Defense Witness, Christopher Moore       $1,032.20

**Sub-Total**                                        **$1,932.20**


**FEES FOR EXEMPLIFICATION AND THE COSTS OF MAKING COPIES OF ANY MATERIALS WHERE THE COPIES ARE NECESSARILY OBTAINED FOR USE IN THE CASE**

**EXHIBIT D**

Quest Discovery Services 08/06/2013                     $12.28

**Sub-Total**                                          **$12.28**


**OTHER COSTS**

Parking for Ardell Johnson                              $13.50

**Sub-Total**                                          **$13.50**


The attached Exhibits A, B, C and D are true and correct copies of invoices associated with this case for a total amount of **$11,308.27.**

# EXHIBIT A

 

P.O. BOX 49051
SAN JOSE, CA 95161-9051
(800) 800-6800
Fax (408) 441-7070
F.E.I.N. 75-2652336

*Quality • Uniformity • Excellence • Service • Teamwork*

## QUEST DISCOVERY SERVICES

**Client Copy**

http://www.questds.com/

Bill to: SAN700

ATTN: NKIA D. RICHARDSON, ESQ.
CITY OF SAN JOSE
OFFICE OF THE CITY ATTORNEY
200 EAST SANTA CLARA STREET
16TH FLOOR TOWER
SAN JOSE, CA 95113-1905

Ordered by:

Invoice #:     SJS311989

Order Date:    07/23/13
Depo Date:     08/06/13
Invoice Date:  08/09/13
Case #:        CV1205436HRL
Date of Loss:
Client File #: *L-25142-12*
Claim #:
Insured:

**AUTH**

| Pertaining to: | THOMAS CORREA VS. CITY OF SAN JOSE, ET AL. |
| | THOMAS CORREA DOB:07/15/58 |
| From: | TERI BACH, MFT, 100 N. WINCHESTER BLVD. SANTA CLARA, CA 95050 |

CHARGES:

| | | | | | |
|---|---|---|---|---|---|
| | | SUBPOENA FLAT RATE | ( 21.00 Taxable ) | * | 42.00 |
| PH01 | 4 | PHOTOSTAT(S) | | * | 1.00 |

CITY ATTORNEY
CITY OF SAN JOSE
AUG 1 2 2013
RECEIVED

**APPROVED
FOR PAYMENT**

**FYI Only**
**Pay From Monthly Statement**

Comments:
REQUESTED RECORDS ENCLOSED AS SPECIFIED.

| | |
|---|---|
| Gross: | 43.00 |
| Discount: | .86 |
| Tax: | * 1.93 |
| Shipping / Handling: | .00 |
| **Total:** | **44.07** |

Tax % = 8.75   0 of Shipping/Handling is taxable.
If invoices are not paid within 90 days, a $20 late fee may be accessed monthly.

(Remittance Portion)

Invoice #:     **SJS311989**

Quest Discovery Services
PO Box 49051
San Jose, CA  95161-9051

Total Due:           **44.07**

Bill To:    SAN700
Ship To:



# EXHIBIT B

SALOIS & ASSOCIATES
CERTIFIED SHORTHAND REPORTERS
111 N. Market St., Ste. 300
San Jose, CA  95113-1112
(408) 279-3376

FEDERAL ID# 77-0155159

INVOICE

TO:  City Attorney's Office
     Nkia Richardson, Atty.
     200 E. Santa Clara St., 16th Floor
     San Jose, CA  95113

RE:  Correa vs. City of San Jose

Deposition of Thomas Correa - 178 pgs.       $658.60
Original and One Certified Copy

Full Day Per Diem                             125.00
Half hour wait time                            32.50
Notary                                         13.00
Certificate (2)                                10.00
Condensed transcript with word index           12.00
CD Summation                                     .00
Exhibits - 45 pgs.                             11.25
Handling                                       25.00
Shipping (copy)                                10.00
Shipping (Original)                            10.00

FILE NO:  13-6786

JOB DATE:  July 19, 2013

TOTAL AMOUNT DUE: $907.35

DATE OF BILLING:  8-05-13

APPROVED
FOR PAYMENT

TERMS OF BILLING:  NET 30 DAYS - SUBJECT TO 1.5% MONTHLY
       PLEASE REFERENCE FILE NUMBER ON YOUR CHECK
   PLEASE INCLUDE A COPY OF THIS STATEMENT WITH YOUR CHECK
                      THANK YOU



CITY ATTORNEY
CITY OF SAN JOSE
AUG 0 7 2013
RECEIVED

# INVOICE

U.S. Legal Support - SF
44 Montgomery Street
Suite 550
San Francisco, CA 94104
Phone:415-362-4346   Fax:415-362-4495

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 389644 | 9/3/2013 | 324043 |
| **Job Date** | **Case No.** | |
| 8/16/2013 | CV-12-5436 HRL | |
| **Case Name** | | |
| Thomas Correa v. City of San Jose | *L. 25'148-12* | |
| **Payment Terms** | | |
| Due upon receipt | | |

Nkia Richardson
Office of the City Attorney
200 East Santa Clara Street
San Jose, CA  95113

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Michael Sullivan | 190.00 | Pages | @ | 3.30 | 627.00 |
| Exhibit | 53.00 | Pages | @ | 0.60 | 31.80 |
| CD/DVD Duplication | | | | 25.00 | 25.00 |
| Condensed Transcript | | | | 29.50 | 29.50 |
| Ship/Handle/processing | | | | 65.00 | 65.00 |
| Litigation Support CD | | | | 39.00 | 39.00 |

TOTAL DUE >>> $817.30

AFTER 10/18/2013 PAY $899.03

Online bill pay available at www.uslegalsupport.com

(-) Payments/Credits: 0.00
(+) Finance Charges/Debits: 0.00
(=) New Balance: $817.30

APPROVED
FOR PAYMENT

Tax ID: 76-0523238                                        Phone: 408-535-1912   Fax:

*Please detach bottom portion and return with payment.*

Nkia Richardson
Office of the City Attorney
200 East Santa Clara Street
San Jose, CA  95113

| | | |
|---|---|---|
| Invoice No. | : | 389644 |
| Invoice Date | : | 9/3/2013 |
| **Total Due** | : | **$817.30** |

| | | |
|---|---|---|
| Remit To: | **U.S. Legal Support (CA Reporting)** | |
| | **P O Box 79637** | |
| | **City of Industry, CA  91716-9637** | |

| | | |
|---|---|---|
| Job No. | : | 324043 |
| BU ID | : | 45-SF |
| Case No. | : | CV-12-5436 HRL |
| Case Name | : | Thomas Correa v. City of San Jose |



**NETWORK** DEPOSITION SERVICES

**I am an invoice.**
**Take me to your accounts**
**payable department.**

| | |
|---|---|
| Invoice # | **A1309338** |
| Invoice date | **September 18, 2013** |
| Invoice due | **October 18, 2013** |
| Invoice total | **509.10** |
| Balance due | **509.10** |

Network Deposition Services, Inc.
1875 Century Park East ● Suite 2100
Los Angeles, CA 90067
Phone (310) 557-3400 ● (800) 788-2021
Fax (310) 557-3555 ● networkdepo.com

Office of the City Attorney
Attention: Nkia Richardson, Esq.
200 East Santa Clara Street
16th Floor
San Jose, CA 95113

Make checks payable to Network Deposition
Services, Inc. ● Our tax ID # is 77-0591481. ●
A service fee of 1.5% per month may be added
to any invoice over 30 days old.

| Noticing firm | Law Offices of Thomas K. Bourke | L-25142-12 | Case # | Network Depo Job | Your case reference # | Deposition date |
|---|---|---|---|---|---|---|
| Noticed by | Thomas K. Bourke, Esq. | | | | | |
| **Deposition of** | **Andrew Wong** | | CV-12-5436 HRL | **157198** | | 9-5-2013 |
| Caption | Thomas Correa, Plaintiff, vs. City of San Jose, et al, Defendants. | | | | | |

| Description of Service | | | | | | Amount |
|---|---|---|---|---|---|---|
| Court Reporting | | | | | | 463.10 |
| Exhibits | | | | | | 46.00 |

CITY ATTORNEY
CITY OF SAN JOSE
**SEP 19 2013**
**RECEIVED**

NDS invoice version 3.1

---

Detach lower portion and return with your payment.

Payment from

Office of the City Attorney
Attention: Nkia Richardson, Esq.
200 East Santa Clara Street
16th Floor
San Jose, CA 95113


APPROVED
FOR PAYMENT

Write notes or address changes below

_____

_____

_____

_____

| Invoice # | **A1309338** |
|---|---|
| Invoice date | September 18, 2013 |
| Late after | October 18, 2013 |
| Total due | 509.10 |
| Amount enclosed | |

Mail payment to

Network Deposition Services, Inc.
1875 Century Park East
Suite 2100
Los Angeles, CA 90067



**Network**
DEPOSITION SERVICES

| | |
|---|---|
| Invoice # | A1309337 |
| Invoice date | September 18, 2013 |
| Invoice due | October 18, 2013 |
| Invoice total | 765.30 |
| Balance due | 765.30 |

Network Deposition Services, Inc.
1875 Century Park East ● Suite 2100
Los Angeles, CA 90067
Phone (310) 557-3400 ● (800) 788-2021
Fax (310) 557-3555 ● networkdepo.com

I am an invoice.
Take me to your accounts
payable department.

Office of the City Attorney
Attention: Nkia Richardson, Esq.
200 East Santa Clara Street
16th Floor
San Jose, CA 95113

Make checks payable to Network Deposition
Services, Inc. ● Our tax ID # is 77-0591481. ●
A service fee of 1.5% per month may be added
to any invoice over 30 days old.

| | | Case # | Network Depo Job | Your case reference # | Deposition date |
|---|---|---|---|---|---|
| Noticing firm | Law Offices of Thomas K. Bourke | | | | |
| Noticed by | Thomas K. Bourke, Esq. | L·25142-12 | | | |
| **Deposition of** | **David Cavallaro** | CV-12-5436 HRL | 157200 | | 9-5-2013 |
| Caption | Thomas Correa, Plaintiff, vs. City of San Jose, et al, Defendants. | | | | |

| Description of Service | Amount |
|---|---|
| Court Reporting | 721.30 |
| Exhibits | 44.00 |

CITY ATTORNEY
CITY OF SAN JOSE
SEP 19 2013
RECEIVED

NDS Invoice version 3.1

Detach lower portion and return with your payment.

*Payment from*

Office of the City Attorney
Attention: Nkia Richardson, Esq.
200 East Santa Clara Street
16th Floor
San Jose, CA 95113

APPROVED
FOR PAYMENT

Write notes or address changes below

| | |
|---|---|
| Invoice # | **A1309337** |
| Invoice date | September 18, 2013 |
| Late after | October 18, 2013 |
| Total due | 765.30 |
| Amount enclosed | |

Mail payment to

Network Deposition Services, Inc.
1875 Century Park East
Suite 2100
Los Angeles, CA 90067


# NETWORK
DEPOSITION SERVICES

I am an invoice.
Take me to your accounts
payable department.

| | |
|---|---|
| Invoice # | **A1309361** |
| Invoice date | **September 18, 2013** |
| Invoice due | **October 18, 2013** |
| Invoice total | **213.90** |
| Balance due | **213.90** |

Network Deposition Services, Inc.
1875 Century Park East ● Suite 2100
Los Angeles, CA 90067
Phone (310) 557-3400 ● (800) 788-2021
Fax (310) 557-3555 ● networkdepo.com

Office of the City Attorney
Attention: Nkia Richardson, Esq.
200 East Santa Clara Street
16th Floor
San Jose, CA 95113

Make checks payable to Network Deposition
Services, Inc. ● Our tax ID # is 77-0591481. ●
A service fee of 1.5% per month may be added
to any invoice over 30 days old.

| Noticing firm | Law Offices of Thomas K. Bourke | | Case # | Network Depo Job | Your case reference # | Deposition date |
|---|---|---|---|---|---|---|
| Noticed by | Thomas K. Bourke, Esq. | | | | | |
| Deposition of | **John M. Aitken** | *L·25142·12* | CV-12-5436 HRL | **157202** | | 9-6-2013 |
| Caption | Thomas Correa, Plaintiff, vs. City of San Jose, et al, Defendants. | | | | | |

| Description of Service | Amount |
|---|---|
| Court Reporting | 213.90 |

APPROVED
FOR PAYMENT

NDS Invoice version 3.1                      Detach lower portion and return with your payment.

Payment from

Office of the City Attorney
Attention: Nkia Richardson, Esq.
200 East Santa Clara Street
16th Floor
San Jose, CA 95113

Write notes or address changes below

_____

_____

_____

_____

| | |
|---|---|
| Invoice # | **A1309361** |
| Invoice date | September 18, 2013 |
| Late after | October 18, 2013 |
| Total due | 213.90 |
| Amount enclosed | |

Mail payment to

Network Deposition Services, Inc.
1875 Century Park East
Suite 2100
Los Angeles, CA 90067



# Network
### DEPOSITION SERVICES

**I am an invoice.**
**Take me to your accounts**
**payable department.**

| | |
|---|---|
| Invoice # | **A1309365** |
| Invoice date | **September 19, 2013** |
| Invoice due | **October 19, 2013** |
| Invoice total | **346.00** |
| Balance due | **346.00** |

Network Deposition Services, Inc.
1875 Century Park East ● Suite 2100
Los Angeles, CA 90067
Phone (310) 557-3400 ● (800) 788-2021
Fax (310) 557-3555 ● networkdepo.com

Office of the City Attorney
Attention: Nkia Richardson, Esq.
200 East Santa Clara Street
16th Floor
San Jose, CA 95113

Make checks payable to Network Deposition
Services, Inc. ● Our tax ID # is 77-0591481. ●
A service fee of 1.5% per month may be added
to any invoice over 30 days old.

| Noticing firm | Law Offices of Thomas K. Bourke | | | | | |
|---|---|---|---|---|---|---|
| Noticed by | Thomas K. Bourke, Esq. | *L-25142-12* | | | | |
| Deposition of | **Paul L. Francois** | | Case # | Network Depo Job | Your case reference # | Deposition date |
| Caption | Thomas Correa, Plaintiff, vs. City of San Jose, et al, Defendants. | | CV-12-5436 HRL | **157201** | | 9-6-2013 |

| Description of Service | Amount |
|---|---|
| Court Reporting | 321.50 |
| Exhibits | 24.50 |

CITY ATTORNEY
CITY OF SAN JOSE
**SEP 2 0 2013**
RECEIVED

NDS Invoice version 3.1

Detach lower portion and return with your payment.

Payment from

Office of the City Attorney
Attention: Nkia Richardson, Esq.
200 East Santa Clara Street
16th Floor
San Jose, CA 95113

APPROVED
FOR PAYMENT

| Invoice # | **A1309365** |
|---|---|
| Invoice date | September 19, 2013 |
| Late after | October 19, 2013 |
| Total due | 346.00 |
| Amount enclosed | |

Write notes or address changes below

Mail payment to

Network Deposition Services, Inc.
1875 Century Park East
Suite 2100
Los Angeles, CA 90067


**Network**
DEPOSITION SERVICES

**I am an invoice.**
**Take me to your accounts**
**payable department.**

| | |
|---|---|
| Invoice # | **A1309380** |
| Invoice date | **September 19, 2013** |
| Invoice due | **October 19, 2013** |
| Invoice total | **404.80** |
| Balance due | **404.80** |

Network Deposition Services, Inc.
1875 Century Park East ● Suite 2100
Los Angeles, CA 90067
Phone (310) 557-3400 ● (800) 788-2021
Fax (310) 557-3555 ● networkdepo.com

Office of the City Attorney
Attention: Nkia Richardson, Esq.
200 East Santa Clara Street
16th Floor
San Jose, CA 95113

Make checks payable to Network Deposition
Services, Inc. ● Our tax ID # is 77-0591481. ●
A service fee of 1.5% per month may be added
to any invoice over 30 days old.

| Noticing firm | Law Offices of Thomas K. Bourke | | Case # | Network Depo Job | Your case reference # | Deposition date |
|---|---|---|---|---|---|---|
| Noticed by | Thomas K. Bourke, Esq. | | | | | |
| **Deposition of** | **Joe Hernandez - Volume 1** | #L·25142 | CV-12-5436 HRL | 157203 | | 9-6-2013 |
| Caption | Thomas Correa, Plaintiff, vs. City of San Jose, et al, Defendants. | 12 | | | | |

| Description of Service | Amount |
|---|---|
| Court Reporting | 367.30 |
| Exhibits | 37.50 |

**APPROVED**
**FOR PAYMENT**

NDS Invoice version 3.1

Detach lower portion and return with your payment.

Payment from

Office of the City Attorney
Attention: Nkia Richardson, Esq.
200 East Santa Clara Street
16th Floor
San Jose, CA 95113

Write notes or address changes below

_____

_____

_____

_____

| | |
|---|---|
| Invoice # | **A1309380** |
| Invoice date | September 19, 2013 |
| Late after | October 19, 2013 |
| Total due | 404.80 |
| Amount enclosed | |

Mail payment to

Network Deposition Services, Inc.
1875 Century Park East
Suite 2100
Los Angeles, CA 90067


# Network
DEPOSITION SERVICES

**I am an invoice.
Take me to your accounts
payable department.**

| | |
|---|---|
| Invoice No. | **A1309562** |
| Invoice Date | **September 30, 2013** |
| Invoice Due | **October 30, 2013** |
| Invoice Total | **1,017.50** |
| Balance Due | **1,017.50** |

Network Deposition Services, Inc.
1875 Century Park East ● Suite 2100
Los Angeles, CA 90067
Phone (310) 557-3400 ● (800) 788-2021
Fax (310) 557-3555 ● networkdepo.com

Office of the City Attorney
Attention: Nkia Richardson, Esq.
200 East Santa Clara Street
16th Floor
San Jose, CA 95113

Make checks payable to Network Deposition
Services, Inc. ● Our tax ID # is 77-0591481.
A service fee of 1.5% per month may be added
to any invoice over 30 days old.

| Noticing firm | Law Office of Thomas K. Bourke | | Case No. | NDS Job No. | Client Matter No. | Deposition Date |
|---|---|---|---|---|---|---|
| Noticed by | Thomas K. Bourke, Esq. | | | | | |
| Deposition of | **Kimberly Hudson** | | CV-12-5436 HRL | **157204** | | 9-16-2013 |
| Caption | Thomas Correa, Plaintiff, vs. City of San Jose, et al, Defendants. | | | | | |

| Description of Service | Quantity | Units | Price | Extended |
|---|---|---|---|---|
| Transcript Copy - Business Litigation | 295 | Pages | 2.95 | 870.25 |
| Exhibit Copies | 61 | Pages | 0.50 | 30.50 |
| Color Exhibit Copies | 1 | Pages | 1.75 | 1.75 |
| Separate binding of confidential section | 1 | Volumes | 25.00 | 25.00 |
| Technology and Litigation Support Package | 1 | | 30.00 | 30.00 |
| Transcript Production, Processing and Binding | 1 | | 40.00 | 40.00 |
| Delivery and Handling of Transcript Copy | 1 | | 20.00 | 20.00 |

APPROVED
FOR PAYMENT

NDS Invoice version 3.1                    Detach lower portion and return with your payment.

Payment From

Office of the City Attorney
Attention: Nkia Richardson, Esq.
200 East Santa Clara Street
16th Floor
San Jose, CA 95113

Write notes or address changes below

| | |
|---|---|
| Invoice No. | A1309562 |
| Invoice Date | September 30, 2013 |
| Late After | October 30, 2013 |
| Total Due | 1,017.50 |
| Amount Enclosed | |

Mail Payment To

Network Deposition Services, Inc.
1875 Century Park East
Suite 2100
Los Angeles, CA 90067



**Network**
DEPOSITION SERVICES

I am an invoice.
Take me to your accounts
payable department.

| | |
|---|---|
| Invoice No. | **A1310098** |
| Invoice Date | **October 4, 2013** |
| Invoice Due | **November 3, 2013** |
| Invoice Total | **423.60** |
| Balance Due | **423.60** |

Network Deposition Services, Inc.
1875 Century Park East • Suite 2100
Los Angeles, CA 90067
Phone (310) 557-3400 ● (800) 788-2021
Fax (310) 557-3555 ● networkdepo.com

Office of the City Attorney
Attention: Kendra McGee-Davies, Esq.
200 East Santa Clara Street
16th Floor
San Jose, CA 95113

Make checks payable to Network Deposition
Services, Inc. • Our tax ID # is 77-0591481. •
A service fee of 1.5% per month may be added
to any invoice over 30 days old.

| Noticing firm | Law Office of Thomas K. Bourke *L-25142-12* | | Case No. | NDS Job No. | Client Matter No. | Deposition Date |
|---|---|---|---|---|---|---|
| Noticed by | Thomas K. Bourke, Esq. | | | | | |
| **Deposition of** | Scott H. Kennedy | | CV-12-5436 HRL | 157206 | | 9-23-2013 |
| Caption | Thomas Correa, Plaintiff, vs. City of San Jose, et al, Defendants. | | | | | |

| Description of Service | Amount |
|---|---|
| Court Reporting — *transcript copy* | 408.60 |
| Exhibits | 15.00 |

CITY ATTORNEY
CITY OF SAN JOSE
OCT 07 2013
RECEIVED APPROVED
FOR PAYMENT

NDS invoice version 3.1

Detach lower portion and return with your payment.

Payment From

Office of the City Attorney
Attention: Kendra McGee-Davies, Esq.
200 East Santa Clara Street
16th Floor
San Jose, CA 95113

Write notes or address changes below

| | |
|---|---|
| Invoice No. | **A1310098** |
| Invoice Date | October 4, 2013 |
| Late After | November 3, 2013 |
| Total Due | 423.60 |
| Amount Enclosed | |

Mail Payment To

Network Deposition Services, Inc.
1875 Century Park East
Suite 2100
Los Angeles, CA 90067



# Network
### DEPOSITION SERVICES

**I am an invoice.**
**Take me to your accounts**
**payable department.**

| | |
|---|---|
| Invoice No. | **A1310202** |
| Invoice Date | **October 9, 2013** |
| Invoice Due | **November 8, 2013** |
| Invoice Total | **367.30** |
| Balance Due | **367.30** |

Network Deposition Services, Inc.
1875 Century Park East • Suite 2100
Los Angeles, CA 90067
Phone (310) 557-3400 • (800) 788-2021
Fax (310) 557-3555 • networkdepo.com

Office of the City Attorney
Attention: Nkia Richardson, Esq.
200 East Santa Clara Street
16th Floor
San Jose, CA 95113

Make checks payable to Network Deposition
Services, Inc. • Our tax ID # is 77-0591481. •
A service fee of 1.5% per month may be added
to any invoice over 30 days old.

| Noticing firm | Law Office of Thomas K. Bourke | | | | |
|---|---|---|---|---|---|
| Noticed by | Thomas K. Bourke, Esq. | Case No. | NDS Job No. | Client Matter No. | Deposition Date |
| Deposition of | Eric D. Phan | | | | |
| Caption | Thomas Correa, Plaintiff, vs. City of San Jose, et al, Defendants. | CV-12-5436 HRL | 157205 | | 9-25-2013 |

| Description of Service | Quantity | Units | Price | Extended |
|---|---|---|---|---|
| Transcript Copy - Business Litigation | 94 | Pages | 2.95 | 277.30 |
| Technology and Litigation Support Package | 1 | | 30.00 | 30.00 |
| Transcript Production, Processing and Binding | 1 | | 40.00 | 40.00 |
| Delivery and Handling of Transcript Copy | 1 | | 20.00 | 20.00 |

APPROVED
FOR PAYMENT
*NDR*

NDS Invoice version 3.1

Detach lower portion and return with your payment.

Payment From

Office of the City Attorney
Attention: Nkia Richardson, Esq.
200 East Santa Clara Street
16th Floor
San Jose, CA 95113

Write notes or address changes below

| | |
|---|---|
| Invoice No. | **A1310202** |
| Invoice Date | October 9, 2013 |
| Late After | November 8, 2013 |
| Total Due | 367.30 |
| Amount Enclosed | |

Mail Payment To

Network Deposition Services, Inc.
1875 Century Park East
Suite 2100
Los Angeles, CA 90067



**NETWORK**
DEPOSITION SERVICES

|  | I am an invoice. Take me to your accounts payable department. |  |  |
|---|---|---|---|

| | |
|---|---|
| Invoice No. | **A1310281** |
| Invoice Date | **October 11, 2013** |
| Invoice Due | **November 10, 2013** |
| Invoice Total | **553.70** |
| Balance Due | **553.70** |

Network Deposition Services, Inc.
1875 Century Park East ● Suite 2100
Los Angeles, CA 90067
Phone (310) 557-3400 ● (800) 788-2021
Fax (310) 557-3555 ● networkdepo.com

Office of the City Attorney
Attention: Nkia Richardson, Esq.
200 East Santa Clara Street
16th Floor
San Jose, CA 95113

Make checks payable to Network Deposition Services, Inc. ● Our tax ID # is 77-0591481. ● A service fee of 1.5% per month may be added to any invoice over 30 days old.

| Noticing firm | Law Office of Thomas K. Bourke | | Case No. | NDS Job No. | Client Matter No. | Deposition Date |
|---|---|---|---|---|---|---|
| Noticed by | Thomas K. Bourke, Esq. | | | | | |
| Deposition of | Michael Sullivan | | CV-12-5436 HRL | 157592 | | 9-24-2013 |
| Caption | Thomas Correa, Plaintiff, vs. City of San Jose, et al, Defendants. | | | | | |

| Description of Service | Quantity | Units | Price | Extended |
|---|---|---|---|---|
| Transcript Copy - Business Litigation | 146 | Pages | 2.95 | 430.70 |
| Exhibit Copies | 66 | Pages | 0.50 | 33.00 |
| Technology and Litigation Support Package | 1 | | 30.00 | 30.00 |
| Transcript Production, Processing and Binding | 1 | | 40.00 | 40.00 |
| Delivery and Handling of Transcript Copy | 1 | | 20.00 | 20.00 |

APPROVED
FOR PAYMENT
*NDR*

NDS Invoice version 3.1

Detach lower portion and return with your payment.

Payment From

Office of the City Attorney
Attention: Nkia Richardson, Esq.
200 East Santa Clara Street
16th Floor
San Jose, CA 95113

Write notes or address changes below

_____

_____

_____

_____

| | |
|---|---|
| Invoice No. | **A1310281** |
| Invoice Date | October 11, 2013 |
| Late After | November 10, 2013 |
| Total Due | 553.70 |
| Amount Enclosed | |

Mail Payment To

Network Deposition Services, Inc.
1875 Century Park East
Suite 2100
Los Angeles, CA 90067


**Network**
DEPOSITION SERVICES

I am an invoice.
Take me to your accounts
payable department.

| | |
|---|---|
| Invoice No. | A1310283 |
| Invoice Date | October 11, 2013 |
| Invoice Due | November 10, 2013 |
| Invoice Total | 594.45 |
| Balance Due | 594.45 |

Network Deposition Services, Inc.
1875 Century Park East ● Suite 2100
Los Angeles, CA 90067
Phone (310) 557-3400 ● (800) 788-2021
Fax (310) 557-3555 ● networkdepo.com

Office of the City Attorney
Attention: Nkia Richardson, Esq.
200 East Santa Clara Street
16th Floor
San Jose, CA 95113

Make checks payable to Network Deposition
Services, Inc. ● Our tax ID # is 77-0591481. ●
A service fee of 1.5% per month may be added
to any invoice over 30 days old.

| Noticing firm | Law Office of Thomas K. Bourke | | | | |
|---|---|---|---|---|---|
| Noticed by | Thomas K. Bourke, Esq. | | | | |
| Deposition of | Steven F. Kelly | Case No. | NDS Job No. | Client Matter No. | Deposition Date |
| Caption | Thomas Correa, Plaintiff, vs. City of San Jose, et al, Defendants. | CV-12-5436 HRL | **157199** | | 9-24-2013 |

| Description of Service | Quantity | Units | Price | Extended |
|---|---|---|---|---|
| Transcript Copy - Business Litigation | 151 | Pages | 2.95 | 445.45 |
| Exhibit Copies | 88 | Pages | 0.50 | 44.00 |
| Exhibit Copies - CDs | 1 | CDs | 15.00 | 15.00 |
| Technology and Litigation Support Package | 1 | | 30.00 | 30.00 |
| Transcript Production, Processing and Binding | 1 | | 40.00 | 40.00 |
| Delivery and Handling of Transcript Copy | 1 | | 20.00 | 20.00 |

APPROVED
FOR PAYMENT
NDx

NDS invoice version 3.1

Detach lower portion and return with your payment.

Payment From

Office of the City Attorney
Attention: Nkia Richardson, Esq.
200 East Santa Clara Street
16th Floor
San Jose, CA 95113

| | |
|---|---|
| Invoice No. | A1310283 |
| Invoice Date | October 11, 2013 |
| Late After | November 10, 2013 |
| Total Due | 594.45 |
| Amount Enclosed | |

Write notes or address changes below

_____

_____

_____

_____

Mail Payment To

Network Deposition Services, Inc.
1875 Century Park East
Suite 2100
Los Angeles, CA 90067

Bell & Myers, CSR, Inc.
2055 Junction Avenue
Suite 200
San Jose, CA 95131
(408) 287-7500   Fax (408) 294-1211

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 103795 | 12/21/2013 | 01-34767 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 12/06/2013 | HELGLI | CV12-05436 H |

| CASE CAPTION |
|---|
| Thomas Correa vs. The City of San Jose, et al., |

| TERMS |
|---|
| Due upon receipt |

Ardell Johnson, Esq.
City Of San Jose/City Attorney's Office
200 East Santa Clara Street
16th Floor
San Jose, CA 95113-1905

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
```
   Stephen D'Arcy                      93 Pages            385.95
        EXHIBITS                      100 Pages             50.00
        REPORTER ATTENDANCE             3.00 Hours          94.50
        Exhibits (over 100)           28.00                  9.80
        Color Laser Copies             6.00 Pages            7.50
        Litigation Support Pack                              n/c
        For Internal Use Only          93.00 Pages           n/c
        Handling                                            20.00
        Witness Letter                                       8.00
        Postage                                             18.00


                        TOTAL DUE  >>>>            593.75

                AFTER 01/20/2014 PAY               653.13
```

**OK TO PAY** *Ardell Johnson*

TAX ID NO.: 77-0322902                              (408) 535-1900   Fax (408) 998-3131

*Please detach bottom portion and return with payment.*

Ardell Johnson, Esq.
City Of San Jose/City Attorney's Office
200 East Santa Clara Street
16th Floor
San Jose, CA 95113-1905

```
Invoice No.:  103795
Date      :  12/21/2013
TOTAL DUE :       593.75
AFTER 1/20/2014 PAY : 653.13


Job No.   :  01-34767
Case No.  :  CV12-05436 HRL
Thomas Correa vs. The City of San Jo
```

Remit To:   **Bell & Myers, CSR, Inc.**
            **2055 Junction Avenue**
            **Suite 200**
            **San Jose, CA 95131**

### ***FINAL INVOICE***

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Date:          December 17, 2015

To:            Maggie Larcher
               Nkia Richardson
               200 E. Santa Clara Street
               San Jose, CA 95113

Transcript:    Criminal (Electronic Sound Transcription)

In re:         Correa v. City of San Jose
               Case No. 12-cv-04326-HRL

Hearing date:  12/10/15

Date assigned: 12/14/15
Date payment arrangements made:  12/15/15
Date delivered:  12/17/15

Charges:  Original - (Requested as daily - billed as 7-day
turnaround due to delay caused by audio quality.)

One PDF - 55 pages @ $4.85 = $266.75

**TOTAL DUE:  $266.75**

**(Please mail payment to the address listed below using a
regular-sized envelope, normal delivery.)**

*ADDITIONAL INFORMATION:  Full price may be charged only if the
transcript is delivered within the required time frame.  For
example, if an order for an expedited transcript is not
completed and delivered within (7) calendar days, payment
would be at the 14-day delivery rate, and if not completed and
delivered within 14 days, payment would be at the ordinary
delivery rate.*

*CERTIFICATION:  I certify that the transcript fees charged and
page format used comply with the requirements of this court
and the Judicial Conference of the United States.*

**Thank you very much.**             Kelly Polvi, CSR, RMR, FCRR
                                     P.O. Box 1427, Alameda, CA 94501
                                     503 779-7406 - kpolvi@comcast.net

**ATKINSON-BAKER, INC.**
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com



CITY ATTORNEY
CITY OF SAN JOSE
APR 1 8 2016

Maggie Larcher
San Jose City Attorney
200 East Santa Clara Street
16th Floor
San Jose, CA 95113-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Malissa Phillips
mphillips@depo.com

ABI'S Federal ID No.: 95-4189037

| | |
|---|---|
| INVOICE NO. | AA03D16 AA |
| FIRM NO. | 1009301 |
| INVOICE DATE | 04/08/2016 |
| DUE UPON RECEIPT | |

| | |
|---|---|
| Setting Firm: | San Jose City Attorney |
| Taking Attorney: | |
| Case Name: | Correa v. City of San Jose *L-2 5/42-/2* |
| Case No.: | CV12-05436 HRL |
| Claim No.: | |
| Insurance Co.: | |
| Insured: | DOL: |
| Clients Ref.#1: | |
| Clients Ref.#2: | |
| Adjuster: | |

Description: Audio transcription of the recording of the interview for Officer Thomas Correa, taken 1/4/2011, 1/19/2011. Expedited.

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Pages - O&1 - Transcription | 180.00 | $ 4.50 | $ 810.00 |
| Expedite: 1 working day - 100% | 180.00 | $ 4.50 | $ 810.00 |
| CD: Ascii/etrans/PDF | 1.00 | $ 5.00 | $ 5.00 |
| Processing & Handling Fee | 1.00 | $ 25.00 | $ 25.00 |
| Overnight Delivery | 1.00 | $ 8.79 | $ 8.79 |
| PAYMENTS | | | - $ 0.00 |
| BALANCE DUE | | | $ 1,658.79 |

A service fee of .75% per month will be added to any invoice over 30 days old.

**APPROVED FOR PAYMENT**

Fold and tear at this perforation, then return stub with payment.

| | | For: | Audio transcription of the recording of the interview for Officer Thomas Correa, taken 1/4/2011, 1/19/2011. Expedited. |
|---|---|---|---|
| BALANCE DUE | $ 1,658.79 | | |
| INVOICE NO. | AA03D16 AA | | |
| FIRM NO. | 1009301 | | |

From: Maggie Larcher
San Jose City Attorney
200 East Santa Clara Street
16th Floor
San Jose, CA 95113-

Remit To: Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

# EXHIBIT C

# Stephen L. D'Arcy
## Law Enforcement Education
6955 Oak Avenue, Folsom, CA  95630
(916) 988-4346

December 8, 2013

Ardell Johnson
Chief Deputy City Attorney
City of San Jose
200 East Santa Clara Street, 16th Floor
San Jose, CA  95113

**Re:** Thomas Correa v. City of San Jose, et al.    *L - 25142-12*

Dear Mr. Johnson:

The following is an outstanding balance for my time at the deposition on Friday, December 6, for the above stated case.

| | |
|---|---|
| 12/6/13 -- Testimony at Deposition 3 hours at $300/hour | $900.00 |
| 12/6/13 -- Payment received at deposition | $600.00 |
| **12/8/13 - Balance due at this time** | $300.00 |

Your attention to this matter is appreciated.

Sincerely,


Stephen L. D'Arcy


SD/vf

**From:** "United Airlines, Inc." <unitedairlines@united.com>
**Date:** April 7, 2016 at 4:20:07 PM EDT
**To:**
**Subject:** eTicket Itinerary and Receipt for Confirmation N0E639

**Receipt for confirmation N0E639**

 A STAR ALLIANCE MEMBER ☆

United logo link to home page

# Confirmation: N0E639

Check-In >

# Issue Date: April 07, 2016

# Traveler information

| Traveler | eTicket Number | Frequent FlyerNumber | Seats |
|---|---|---|---|
| MOORE/CHRISTOPHERMATTHEW | 0162487749544 | UA-XXXXX120 Premier 1K / *G | 20A/20 |

# FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Sun, 17APR16 | UA1295 | U | WASHINGTON, DC (IAD - DULLES) 11:23 AM | SAN FRANCISCO, CA (SFO) 2:23 PM | A-320 | Purcha |
| Tue, 19APR16 | UA727 | U | SAN FRANCISCO, CA (SFO) 12:50 PM | WASHINGTON, DC (IAD - DULLES) 9:05 PM | 757-200 | Purcha |

# FARE INFORMATION

## Fare Breakdown

Form of Payment:
VISA
Last Four Digits

- Airfare:

    933.96

    USD

- U.S. Transportation Tax:

    70.04

- U.S. Flight Segment Tax:

    8.00

- September 11th Security Fee:

    11.20

- U.S. Passenger Facility Charge:

    9.00

- Per Person Total:

    1,032.20

    USD

- eTicket Total:

    1,032.20

    USD

The airfare you paid on this itinerary totals: 933.96 USD

The taxes, fees, and surcharges paid total: 98.24 USD

Fare Rules:    Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

# EXHIBIT D

 

P.O. BOX 49051
SAN JOSE, CA 95141-9051
(800) 800-6800
Fax (408) 441-7070
F.E.I.N. 75-2652336

*Quality • Uniformity • Excellence • Service • Teamwork*

## QUEST DISCOVERY SERVICES

**Client Copy**

http://www.questds.com/

| Bill to: SAN700 | ATTN: NKIA D. RICHARDSON, ESQ. CITY OF SAN JOSE OFFICE OF THE CITY ATTORNEY 200 EAST SANTA CLARA STREET 16TH FLOOR TOWER SAN JOSE, CA 95113-1905 |
|---|---|

Ordered by:

Invoice #:    SJS311989ZZ

Order Date:    07/23/13
Depo Date:    08/06/13
Invoice Date:    08/13/13
Case    #:    CV1205436HRL
Date of Loss:
Client File #:    L-25/42-12
Claim    #:
Insured:

AUTH

---

Pertaining to: THOMAS CORREA VS. CITY OF SAN JOSE, ET AL.
                    THOMAS CORREA DOB:07/15/58
From:           TERI BACH, MFT, 100 N. WINCHESTER BLVD, SANTA CLARA, CA 95050

---

CHARGES:

|       |   | ADDITIONAL RECORDS |   | * | 10.00 |
|-------|---|--------------------|---|---|-------|
| PH01  | 6 | PHOTOSTAT(S)       |   | * | 1.50  |



APPROVED
FOR PAYMENT

FYI Only
**Pay From Monthly Statement**

Comments:
**ENCLOSED ADDITIONAL RECORDS HAVE BEEN PROVIDED FROM DEPONENT.**

| | |
|---|---|
| Gross: | 11.50 |
| Discount: | .23 |
| Tax: | 1.01 |
| Shipping / Handling: | .00 |
| **Total:** | **12.28** |

Tax % = 8.75    0 of Shipping/Handling is taxable.
If invoices are not paid within 90 days, a $20 late fee may be accessed monthly.

(Remittance Portion)

Invoice #:    **SJS311989ZZ**

Quest Discovery Services
PO Box 49051
San Jose, CA  95161-9051

Total Due:    **12.28**

Bill To:    SAN700
Ship To:

